IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ERIC HOLTON,

                                                                   ORDER

               Plaintiff,

                                                                   07-cv-241-jcs[1]

     v.

CAPTAIN JAEGER, AMY MORALES,
A. MORRIS and LIZZY TEAGLE,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      This case has been closed since May 15, 2007. In one month's time, plaintiff filed three motions for post-judgment relief, including two motions to set aside the judgment and a motion for relief from judgment. Dkt. ##14, 19 and 23. I denied plaintiff's motions in separate orders dated March 11, March 18 and March 31, 2010, because plaintiff had not shown that he was entitled to the relief he sought. Now plaintiff has filed yet another motion to set aside the judgment, but he provides no reasoning for why the judgment should be set aside. It is time to put an end to these filings, which waste judicial resources.

      Accordingly, IT IS ORDERED that plaintiff's motion to set aside the judgment (Dkt.

---

[1] I am assuming jurisdiction over this case for the purpose of issuing this order.

1

#25) is DENIED. Further, IT IS ORDERED that any future motions plaintiff files in this case shall be deemed denied on the 30th day following the date of filing unless the court issues an order addressing the motion before that time.

Entered this 27th day of April, 2010.

                              BY THE COURT:
                              /s/
                              BARBARA B. CRABB
                              District Judge